# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| FLOYD E. RAYNER, III, ) | |
| ) | Case No. 2:17-cv-234 |
| *Petitioner*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Respondent*. ) | |

## ORDER

On December 27, 2017, Petitioner filed a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 2). Petitioner also filed a motion for leave to proceed *in forma pauperis* (Doc. 1), which this Court granted on January 2, 2018 (Doc. 4). The petition arises from Petitioner's confinement under his state judgments of conviction for numerous counts of rape of a child and aggravated sexual battery, all committed against his daughter, entered by the Chancery Court for Davidson County, Tennessee. *Rayner v. Tenn. Dep't of Corr.*, No. M2017-00223-COA-R3-CV, 2017 WL 2984269, at *1 (Tenn. Ct. App. July 13, 2017), *perm. app. denied*, (Tenn. Nov. 16, 2017).

Under 28 U.S.C. § 2241(d), this Court has discretion to transfer Petitioner's § 2254 application to the district court for the district in which Petitioner was tried and convicted. Davidson County, Tennessee, the situs of Petitioner's conviction, is within the jurisdiction of the Middle District of Tennessee. 28 U.S.C. § 123(b)(3). Accordingly, in the interests of justice, judicial economy, and convenience of the parties and witnesses, the Clerk is **DIRECTED** to

**TRANSFER** this action to the United States District Court for the Middle District of Tennessee, Nashville Division, pursuant to 28 U.S.C. § 2241(d).

    **SO ORDERED.**

                                        */s/ Travis R. McDonough*
                                        **TRAVIS R. MCDONOUGH**
                                        **UNITED STATES DISTRICT JUDGE**